[No. 4082-1.    Division One.    August 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS DOSSIE McCANN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 8286, Edward P. Reed, J., entered September 13, 1974. *Affirmed in part and reversed in part* by unpublished per curiam opinion.

[No. 1424-3.    Division Three.    August 11, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JON L. TISDALE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 4035, Richard G. Patrick, J., entered February 20, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 2973-1.    Division One.    August 16, 1976.]

ROBERT E. BOERNER, ET AL, *Respondents*, v. INGRID D. LAMBERT, *as Administratrix, Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 30776, Walter J. Deierlein, Jr., J., entered April 5, 1974. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Farris and Swanson, JJ.

[No. 4019-1.    Division One.    August 16, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72655, Solie M. Ringold, J., entered July 23, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and Andersen, JJ.